Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of plastic stir sticks similar in all material respects to those the subject of Abstract 68090, the claim of the plaintiffs was sustained.

No. 69653.—Advance Pet Supply Co. *v.* United States, protest 64/24880 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

No. 69654.—Theodore B. Smith Co., Inc., and Hershey Co. *v.* United States, protest 64/13239 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of vinyl articles similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.

No. 69655.—Hershey Co. *v.* United States, protest 64/18465 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of vinyl articles similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 2, 1965

No. 69656.—W. J. Byrnes & Co. and Hans Ohrt et al. *v.* United States, protests 60/4306–S, etc. (Los Angeles).

Opinion by RAO, C. J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 69657.**—Montgomery Ward & Company *v.* United States, protest 64/12678 (Los Angeles).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 69658.**—The Buhler Corp. and Gehrig, Hoban & Co., Inc., et al. *v.* United States, protests 64/8483, etc. (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of parts essential to and dedicated to use with food preparing machines similar in all material respects to those the subject of *Standard Milling Co.* v. *United States* (50 Cust. Ct. 53, C.D. 2388), the claim of the plaintiffs was sustained.

**No. 69659.**—The Buhler Corp. and Gehrig, Hoban & Co., Inc. *v.* United States, protests 64/12250, 64/12247, and 64/11474 (New York).